UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PERRY FURGASON and
RAYMOND FURGASON,

        Plaintiffs,

    v.

THE UNITED STATES OF AMERICA,
on behalf of the U.S. ARMY CORPS OF
ENGINEERS,

        Defendant.

Case No. 4:26-CV-00711-SEP

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Perry Furgason and Raymond Furgason, by and through counsel, and hereby notify the Court that the parties have substantially agreed to the terms of a settlement and requests this matter be stayed for a period of time while the parties finalize resolution.

Respectfully Submitted,

Dated:    07/01/2026

/s/ Brendan R. McDonough
Shawn T. Briner, 47286MO
Brendan R. McDonough, 75246MO
424 S. Woods Mill Road, Suite 330
Chesterfield, MO 63017
T: (314) 478-7227
F: (314) 884-4460
sbriner@evans-dixon.com
bmcdonough@evans-dixon.com

*Attorneys for Plaintiffs*

1